UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CBS BROADCASTING,  :  23-cv-7003 (SHS)

               Plaintiff,  :  <u>ORDER</u>

    -against-  :

U.S. DEPARTMENT OF JUSTICE, FEDERAL  :
BUREAU OF PRISONS, and FEDERAL
BUREAU OF INVESTIGATION,  :

              Defendants.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for defendants to answer or move in response to the complaint is adjourned *sine die;*

    2.    The parties shall file a joint status report on December 11, 2023, and every 45 days thereafter, on January 25, 2024, and March 11, 2024; and

    3.    There will be a status conference on March 21, 2024, at 2:30 p.m.

Dated: New York, New York
       October 26, 2023

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.