

**Matthew L. Schafer**
VP, Assistant General
Counsel, Litigation

212.846.3252
Matthew.Schafer@Paramount.com

1515 Broadway
New York, NY 10036

January 31, 2024

MEMORANDUM ENDORSED

<u>VIA ECF</u>

Hon. Gabriel W. Gorenstein
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *CBS Broadcasting Inc. v. U.S. Department of Justice, et al.*, No. 23-cv-07003

Dear Judge Gorenstein:

I am counsel for plaintiff CBS Broadcasting Inc. in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I submit this letter pursuant to Your Honor's Individual Practices, Rule 1.F and this Court's January 31, 2024 Order, *see* Dkt. 26, to request an adjournment of the appearance presently scheduled for February 6, 2024 at 11:15 a.m to February 13, 2024 at 2 p.m.

The basis for this request is a previously scheduled professional conflict. On February 6, 2024, beginning at 12:30 p.m., I am preparing for and presenting a continuing legal education seminar on ethics to our corporate legal department of several hundred individuals. As such, there is a possibility that the conference as presently scheduled will conflict with the CLE presentation. As such, plaintiff respectfully requests that the presently scheduled conference be adjourned to Tuesday, February 13, 2024 at 2 p.m.

Consistent with Rule 1.F, I have contacted Your Honor's Deputy Clerk, who has confirmed the Court's availability on this day and time. I have also contacted counsel for defendants, and they have advised that they are also available and consent to the requested adjournment.

I thank the Court for its consideration of this submission.

Respectfully Submitted,

Matthew L. Schafer

Conference adjourned to February 13, 2024, at 3:30 p.m. in Courtroom 519.  Please note change of time from what was requested in this letter.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 1, 2024