```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CBS BROADCASTING INC.                          :
                                               :    ORDER
                    Plaintiff,
                                               :    23 Civ. 7003 (SHS) (GWG)
     -v.-
                                               :
U.S. DEPARTMENT OF JUSTICE et al.,             :
                                               :
                    Defendants.
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The conference scheduled for Courtroom 519 for February 13, 2024, at 3:30 p.m. is changed to a <u>telephone conference</u>.

    At the above date and time, the parties shall dial 646-453-4442 and use access code: 702 148 003#. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

    When addressing the Court, counsel must <u>not</u> use a speakerphone.

    Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

    SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge