

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 13, 2024

**VIA ECF**
The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   CBS Broadcasting Inc. v. U.S. Department of Justice, et al., 23-cv-7003 (SHS)

Dear Judge Stein:

This Office represents the U.S. Department of Justice, Federal Bureau of Prisons, and Federal Bureau of Investigation (the "Defendants") in the above-referenced action brought under the Freedom of Information Act ("FOIA"). The Defendants respectfully request to adjourn the May 14, 2024, status conference to a time convenient for the Court during the second or third week of July. The reason for the request is that the parties are cooperatively working together to potentially resolve Plaintiff's FOIA requests as summarized in the April 25 joint status letter (ECF No. 33), and do not have any new issues to raise with the Court at this time. By mid-July, we expect that Defendants will have made further progress in responding to the FOIA requests, and there may be other issues to discuss at that time.

Plaintiff does not join the adjournment request due to Rule 1.E of the Court's Individual Practices, which requires adjournment requests to be made at least 48 hours before the scheduled appearance. Defendants apologize for the belated nature of this request; however, we felt it was prudent to nonetheless make the request to potentially conserve Court resources and time. The requested adjournment will not affect any other scheduled dates in this matter. If the adjournment request is not granted, all counsel remain available to proceed with tomorrow's status conference as scheduled.

We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s/ Carly Weinreb
CARLY WEINREB
MARK OSMOND
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2769/2713
Carly.Weinreb@usdoj.gov
Mark.Osmond@usdoj.gov

Cc:  Matthew Lynn Schafer, Esq., *Attorney for Plaintiff* (by ECF)

The conference is adjourned *sine die*. This matter is being handled for general pretrial purposes by Mag. Judge Gorenstein.

Dated: New York, New York
       May 13, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

2